# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Clifton Scott Campbell, | Case No. 24-CV-1788 (NEB/DLM) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| State of Minnesota, | |
| Respondent. | |

The Court has received the August 20, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 21.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 21) is ACCEPTED;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. Section 2254 (ECF No. 1) is DENIED;

3. The action is DISMISSED WITH PREJUDICE; and

4. No certificate of appealability be issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 6, 2025　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　United States District Judge